UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C L O S E D

LAVERNE BANKS,
Personal Representative of the
Estate of A.T.B., deceased,

    Plaintiff,

vs.

HARPER-HUTZEL HOSPITAL, a
Michigan Corporation, JUDETTE
MARIE LOUIS, M.D., TIBERIU
AVRAM, M.D., and the UNITED
STATES OF AMERICA,

    Defendants.
_____/

Civil No. 09-10808

Hon. Anna Diggs Taylor

## ORDER REMANDING CASE TO THE WAYNE COUNTY CIRCUIT COURT

This Court having received the stipulation entered into by plaintiff and defendants Harper-Hutzel Hospital, Dr. Louis and Dr. Avram, which stipulation agrees to a remand to state court as the basis for subject matter jurisdiction no longer exists as an order dismissing the United States of America as a party was entered by this Court on April 20, 2009.

IT IS HEREBY ORDERED that this case is hereby remanded to the Wayne County Circuit Court for the State of Michigan, without costs to any party.

DATED: May 5, 2009

s/Anna Diggs Taylor
HON. ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Stipulated Order of Dismissal was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 5, 2009.

s/Johnetta M. Curry-Williams
Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVERNE BANKS,
Personal Representative of the
Estate of A.T.B., deceased,

  Plaintiff,

vs.

HARPER-HUTZEL HOSPITAL, a
Michigan Corporation, JUDETTE
MARIE LOUIS, M.D., TIBERIU
AVRAM, M.D., and the UNITED
STATES OF AMERICA,

  Defendants.
_____/

Civil No. 09-10808

Hon. Anna Diggs Taylor

## STIPULATION AND ORDER OF REMAND

It is hereby stipulated by and between the plaintiff and defendants, Harper-Hutzel Hospital, Judette Marie Louis, M.D. and Tiberiu Avram, M.D., that this matter should be remanded to the Wayne County Circuit Court as the basis for subject matter jurisdiction no longer exists as an order dismissing the United States of America as a party was entered by this Court on April 20, 2009.

SOMMERS, SCHWARTZ, P.C.

s/with consent of Anne M. Schoepfle
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, MI 48075-1100
Phone: (248) 355-0300
P42673

TANOURY, CORBET, SHAW, NAUTS,
ESSAD & BEUTEL, P.L.L.C.

s/Linda M. Garbarino
645 Griswold Street, Suite 2800
Detroit, Michigan 48226
Phone: (313) 964-6300
E-mail: Linda.Garbarino@tcsnlaw.com
P38359

2